ACCEPTED
03-14-00614-CV
3754801
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 4:04:45 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00614-CV

### IN THE
### THIRD COURT OF APPEALS
### OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 4:04:45 PM
~~JEFFREY D. KYLE~~
Clerk

## ATLAS DENTAL, LP, ET AL

*Appellant*,

### v.

## ACS STATE HEALTHCARE, LLC AND THE STATE OF TEXAS
*Appellees*.

### On appeal from the 53rd District Court, Travis County, Texas
### Cause No. NO. D-1-GV-14-000581

## FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellant asks the Court to extend the time to file Appellant's Brief.

### A. Introduction

1.      Appellants are Atlas Dental, LP and Dr. Hieu Huynh; Irma Cantu-Thompson, DDS, PC and Irma Cantu-Thompson; Dr. Stephen Chu; Dr. Richard F. Herrscher; MAN & CFN Ortho, PLLC, Navarro Orthodontix of Irving, PC, Navarro Orthodontix of Ft. Worth, PLLC, Navarro Orthodontix of Mcallen, PLLC, Navarro Orthodontix of Edinburg, PLLC, Navarro Orthodontix, PC, and Dr. Carlos F. Navarro; RGV Smiles by Rocky L. Salinas, DDS, PA and Dr. Rocky Salinas; Victor M. Zurita, DDS.

2.      This motion is filed within the period to file a motion to extend the time to file briefs, as required by Rules 10.5 and 38.6.

3.      The appellees are not opposed to this motion.

## B. Argument & Authorities

4.      The Court may grant an extension of time to file briefs under Texas Rule of Appellate Procedure 38.6.

5.      The deadline to file the Brief is January 14, 2015.

6.      Appellants request an additional 30 days to file its Brief, extending the time until February 13, 2015.

7.      This appeal may become moot because the State of Texas recently filed, against some of the Appellants in this appeal, similar but discrete civil court claims on related issues. As a result, those new claims may obviate the need for this appeal. In addition, if the same legal questions ultimately present themselves in those new civil cases, the issues may be more clear and straightforward to bring in those cases. Appellants' counsel needs some additional time to research the effect of those new, similar claims by the State of Texas to determine whether this appeal is necessary to preserve appellants' legal complaints.

8.      No previous extension has been requested or granted to extend the time to file Appellant's Brief.

## C. Prayer

9. For these reasons, Appellants asks the Court to grant an extension of time to file their brief until February 13, 2015.

Respectfully Submitted,

_____
Jason Ray
State Bar No. 24000511
RIGGS ALESHIRE & RAY, P.C.
700 Lavaca, Suite 920
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
jray@r-alaw.com

**ATTORNEY FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

I communicated by telephone on January 12, 2015 with opposing counsel, Raymond Winter (for the State of Texas) and Eric J.R. Nichols (for ACS State Healthcare) and they advised that they do not oppose this motion.

_____
Jason Ray

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by eservice on January 13, 2015 to the following:

***Counsel for State of Texas:***
Raymond Winter
Office of the Attorney General
P.O. Box 12458
Austin, TX 78711-2548
raymond.winter@texasattorneygeneral.gov

***Counsel for ACS State Healthcare, LLC:***
Eric J.R. Nichols
Christopher R. Cowan
Beck Redden, LLP
515 Congress Avenue, Suite 1750
Austin, Texas, 78701
enichols@beckredden.com
ccowan@beckredden.com

_____
Jason Ray